12-13-00055-CV

CAUSE NUMBER 12-0006

| CHAD RIEMENSCHNEIDER, ET UX | § | IN THE DISTRICT COURT |
| REBEKAH RIEMENSCHNEIDER | § | |
| | § | |
| VS. | § | OF |
| | § | |
| EVERETT PERRY RAMSEY, M.D., | § | |
| EAST TEXAS MEDICAL CENTER | § | |
| HEALTHCARE ASSOCIATES, INC., | § | |
| TIM MEYER, INDIVIDUALLY | § | |
| AND EAST TEXAS MEDICAL CENTER | § | |
| CROCKETT, INC. | § | HOUSTON COUNTY, TEXAS |

FILED
HOUSTON COUNTY
DISTRICT CLERK
13 FEB -1 AM 9:
CAROLYN RAINS
BY
DEPUTY

ORDER ON DEFENDANT, EAST TEXAS MEDICAL CENTER CROCKETT, INC's:
§ 74.351(b) MOTION TO DISMISS

Defendant, East Texas Medical Center Crockett, Inc., presented its §74.351(b) *Motion to Dismiss*. The court believes the same should be denied.

The Court specifically finds that Plaintiffs filed an Original Petition on January 12, 2012 including East Texas Medical Center Crockett, Inc., as a party Defendant, and that Plaintiffs' First Amended Petition filed on February 14, 2012 removing East Texas Medical Center Crockett, Inc., occurred based upon representations by Defendant that East Texas Medical Center Crockett, Inc. was not a proper party. The Court further finds that Plaintiffs were informed by Defendant on July 25, 2012 that the physician assistant, Tim Meyer, was in fact an employee of East Texas Medical Center Crockett, Inc, and that Plaintiffs filed a Second Amended Petition on July 31, 2012 naming East Texas Medical Center Crockett, Inc. and Tim Meyer, P.A. as party Defendants. The Court further finds Plaintiffs served on East Texas Medical Center Crockett, Inc. and Defendant, Tim Meyer, an expert report on August 14, 2012. The Court finds that the 120 day deadline for filing an expert report as to East Texas Medical Center Crockett, Inc, began on January 12, 2012, the date of the Original Petition, and was tolled on February 14, 2012 when Plaintiffs amended out East Texas Medical Center, Crockett, Inc., based upon representations made to Plaintiffs by Defendant and that the 120 clock resumed again on July 31, 2012 when Plaintiffs filed their Second Amended Petition renaming East Texas Medical Center Crockett, Inc. and naming Tim Meyer, P.A.. ~~The Court finds that Defendants, East Texas Medical Center Crockett, Inc. and Tim Meyer were served with expert reports prior to the passage of 120 days.~~ PFF 1/31/13

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that East Texas Medical Center Crockett, Inc.'s §74.351(b) Motion to Dismiss is DENIED.

Signed this the ____31____ day of ____January____, 2013.

_____
Presiding Judge